THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR
 RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2),
 SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
Henry Martin, Appellant,
v.
South Carolina Department
 of Corrections, Respondent.
 
 
 

Appeal from the Administrative Law Court
 John D. McLeod, Administrative Law Court Judge

Unpublished Opinion No. 2011-UP-575
Submitted December 1, 2011  Filed
 December 20, 2011   

AFFIRMED

 
 
 
Henry W. Martin, Jr., pro se.
Christopher D. Florian, of Columbia, for
 Respondent.
 
 
 

PER CURIAM:  Henry
 W. Martin, Jr. appeals the Administrative Law Court's (ALC) dismissal of his
 administrative appeal from the Department of Corrections.  He argues the ALC
 erred in dismissing his grievance regarding access to the prison law library
 for photocopies of caselaw.[1] 
 We affirm[2] pursuant to Rule 220(b)(1), SCACR, and the following authority: Medlock v.
 One 1985 Jeep Cherokee VIN 1JCWB7828FT129001, 322 S.C. 127, 132, 470 S.E.2d
 373, 376 (1996) ("The appellant has the burden of providing this court
 with a sufficient record upon which to make a decision.").
AFFIRMED.
HUFF, PIEPER, and LOCKEMY, JJ., concur.

[1] Martin's remaining arguments are unpreserved for our
 review because they were never ruled on by the ALC.  Al-Shabazz v. State,
 338 S.C. 354, 379, 527 S.E.2d 742, 755 (2000) ("[I]ssues or arguments that
 were not raised to and ruled on by the [ALC] ordinarily are not preserved for
 review.").
[2] We decide this case without oral argument pursuant to
 Rule 215, SCACR.